UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2003 DEC -4 A 11: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

RODERICK I. CAMPBELL, )
    Plaintiff )
  )
vs. ) CIVIL ACTION
 ) NO. 03-11848-NG
 )
GENERAL DYNAMICS GOVERNMENT )
SYSTEMS CORPORATION and )
RICHARD SCHNORBUS, )
    Defendants )

## AFFIDAVIT OF RODERICK I. CAMPBELL

Now comes Roderick I. Campbell, who states and deposes, as follows:

1. My name is Roderick I. Campbell. I am of legal age and I am the plaintiff in the above-captioned action.

2. While I was employed at General Dynamics Governments Systems Corporation ("GD"), I would receive daily between approximately 10 to 100 electronically sent messages ("e-mail") over GD's internal computer network ("intranet").

3. The intranet was the most widely used method of communicating with co-workers and other GD employees.

4. As an engineer, during the course of the day I was constantly sending and receiving e-mail relating to the various projects on which I was working.

5. In addition to my project-related e-mail, often I would receive e-mail relating to company functions, birthdays and anniversary announcements, and other trivial matters, all of which were mass mailings as identified by the header lines in the electronic mail.

6. Prior to the present litigation, I never saw a copy of GD's Dispute Resolution Policy ("DRP") as an attachment to an e-mail or otherwise.

7. At no time during my employment at GD was I verbally told about the DRP, nor was I ever provided with any written material or advised as to the existence of the DRP at the time of my termination.

-2-

8. In March, 2003, I requested and received a copy of my Personnel File from GD and there were no documents, records, electronic mail confirmations or anything else referencing the DRP in the file.

9. At no time have I ever acknowledged receiving the DRP or signed any document agreeing to be bound by the DRP.

Signed Under the Pains and Penalties of Perjury on this __3__ day of December, 2003.

_____
Roderick I. Campbell